# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
December 30, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

| | |
|---|---|
| **REGINALD FITZGERALD**, | ) |
| Plaintiff, | ) Case No. 1:23CV00017 |
| v. | ) **FINAL JUDGMENT** |
| **HAROLD CLARKE**, *in his official capacity, Director of the Virginia Department of Corrections*, **ET AL.**, | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

Summary judgment having been granted, final judgment is entered in favor of the defendant Stiltner.

The Clerk shall close the case.

ENTER:  December 30, 2024

/s/ JAMES P. JONES
Senior United States District Judge